UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHONY PISANO, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>              Defendants. | No. 08 Civ. 3006 (UA) |
| HANS MENOS, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>              Defendants. | No. 08 Civ. 3035 (RWS) |
| IRA GEWIRTZ, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>              Defendants. | No. 08 Civ. 3089 (RWS) |
| DREW V. LOUNSBURY, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>              Defendants. | No. 08 Civ. 3326 (RWS) |
| SHELDEN GREENBERG, individually and on behalf of all others similarly situated,<br><br>              Plaintiff,<br><br>v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>              Defendants. | No. 08 Civ. 3334 (RWS) |

| | |
|---|---|
| SCOTT WETTERSTEN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>                    Defendants. | No. 08 Civ. 3351 (UA) |
| RITA RUSIN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>                    Defendants. | No. 08 Civ. 3441 (UA) |

## **NOTICE OF APPEARANCE**

Please take notice that the undersigned, of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, is hereby entering an appearance as counsel of record for defendant The Bear Stearns Companies Inc.

Dated: April 14, 2008
New York, New York

                                            PAUL, WEISS, RIFKIND, WHARTON &
                                            GARRISON LLP

                                            By:     \s\ Douglas M. Pravda
                                                      Douglas M. Pravda

                                            1285 Avenue of the Americas
                                            New York, New York  10019-6064
                                            Tel:     (212) 373-3000
                                            Fax:    (212) 757-3980
                                            Email:  dpravda@paulweiss.com

                                            *Attorneys for The Bear Stearns Companies Inc.*

AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                     )   :ss
COUNTY OF NEW YORK   )

Dytonia Reed, being duly sworn, deposes and says:

1. I am not a party to this action, am over 18 years of age and am employed by Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019.

2. On April 14, 2007, I served a true copy of the foregoing NOTICE OF APPEARANCE on the following:

>Barry H. Berke, Esq.
>David S. Frankel, Esq.
>KRAMER LEVIN NAFTALIS & FRANKEL LLP
>1177 Avenue of the Americas
>New York, NY 10036
>
>Jay Kasner, Esq.
>SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
>4 Times Square
>New York, NY 10036
>
>Michael Chepiga, Esq.
>SIMPSON THACHER & BARTLETT LLP
>425 Lexington Avenue
>New York, NY 10017
>
>Ronald Richman, Esq.
>Alan Glickman, Esq.
>SCHULTE ROTH & ZABEL LLP
>919 Third Avenue
>New York, NY 10022
>
>Lawrence B. Pedowitz, Esq.
>David B. Anders, Esq.
>WACHTELL, LIPTON, ROSEN & KATZ
>51 West 52nd Street
>New York, NY 10019

Steven Molo, Esq.
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022

Daniel S. Taub, Esq.
BEAR STEARNS & CO., INC.
383 Madison Avenue
New York, NY 10179

3. I made such service by personally enclosing a true copy of the aforementioned document in a properly addressed prepaid wrapper and depositing it into an official depository under the exclusive custody and care of the United States Postal Service in the State of New York.

_____
Dytonia Reed

Sworn to before me this
14th day of April 2008

_____
Notary Public

TREVOR J. HILL
Notary Public, State of New York
No. 01HI6181504
Qualified in Bronx County
Commission Expires February 4, 2012