Sweet/S

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| AARON HOWARD, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>          Defendants. | No. 08 Civ. 2804 (RWS) |
| ESTELLE WEBER, individually, on behalf of the Bear Stearns Companies Inc. Employee Stock Ownership Plan, and all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>         Defendants. | No. 08 Civ. 2870 (RWS) |
| ANTHONY PISANO, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>         Defendants. | No. 08 Civ. 3006 (UA) |
| HANS MENOS, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>         Defendants. | No. 08 Civ. 3035 (RWS) |
| IRA GEWIRTZ, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br><br>         Defendants. | No. 08 Civ. 3089 (RWS) |


RECEIVED MAY 0 5 2008 JUDGE SWEET CHAMBERS

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

| | |
|---|---|
| DREW V. LOUNSBURY, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>    Defendants. | No. 08 Civ. 3326 (RWS) |
| SHELDEN GREENBERG, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>    Defendants. | No. 08 Civ. 3334 (RWS) |
| SCOTT WETTERSTEN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>    Defendants. | No. 08 Civ. 3351 (RWS) |
| RITA RUSIN, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>    Defendants. | No. 08 Civ. 3441 (RWS) |
| LAWRENCE FINK, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>THE BEAR STEARNS COMPANIES INC., *et al.*,<br>    Defendants. | No. 08 Civ. 3602 (UA) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS three motions are currently pending before Judge Sweet, and are scheduled to be heard on April 30, 2008, to consolidate the above-captioned actions (the "Actions") and appoint interim lead plaintiff and lead counsel;

WHEREAS there have been no previous requests for any extension of time to answer, move against, or otherwise respond to the complaints in the Actions;

IT IS HEREBY STIPULATED AND AGREED by and among the undersigned counsel for the parties to these Actions, as follows:

1. Defendants shall have no obligation to answer, move against, or otherwise respond to – and are hereby expressly relieved from answering, moving against, or otherwise responding to – the individual complaints in the Actions pending resolution of the motions to consolidate and appoint interim lead plaintiff and lead counsel.

2. If the Actions are consolidated, lead counsel for the plaintiffs and counsel for the defendants shall confer on a schedule for the filing of a consolidated amended complaint and for any response to that complaint.

3. Nothing herein shall be deemed to constitute a waiver of any defenses in this action. Defendants reserve all arguments and defenses in the Actions.

1

Dated: April 29, 2008
New York, New York

                    PAUL, WEISS, RIFKIND, WHARTON &
                    GARRISON LLP

By: _____
        Brad S. Karp (bkarp@paulweiss.com)
        Lewis R. Clayton (lclayton@paulweiss.com)

1285 Avenue of the Americas
New York, New York 10019-6064
Tel.  (212) 373-3000
Fax  (212) 757-3980

Paul J. Ondrasik, Jr.
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
Tel.  (202) 429-8088
Fax  (202) 429-3902

*Attorneys for Defendants The Bear Stearns Companies Inc., The Bear Stearns Companies Inc. Executive Committee, and Custodial Trust Company*

KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: _____
        Barry H. Berke (bberke@kramerlevin.com)
        David S. Frankel (dfrankel@kramerlevin.com)

1177 Avenue of the Americas
New York, New York 10036
Tel.  (212) 715-9100
Fax  (212) 715-8000

*Attorneys for Defendant James E. Cayne*

2

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By: /s/ Jay Kasner
    Jay Kasner (jay.kasner@skadden.com)
    Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.  (212) 735-3000
Fax  (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*


SIMPSON THACHER & BARTLETT LLP


By:_____
    Michael Chepiga (mchepiga@stblaw.com)
    William T. Russell (wrussell@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel.  (212) 455-2000
Fax  (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*


SCHULTE ROTH & ZABEL LLP


By:_____
    Ronald Richman (ronald.richman@srz.com)
    Alan Glickman (alan.glickman@srz.com)

919 Third Avenue
New York, New York 10022
Tel.  (212) 756-2000
Fax  (212) 593-5955

*Attorneys for Defendant Alan C. Greenberg*

3

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP


By:_____
  Jay Kasner (jay.kasner@skadden.com)
  Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel. (212) 735-3000
Fax (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*


SIMPSON THACHER & BARTLETT LLP


By:_____*[signature]*_____
  Michael Chepiga (mchepiga@stblaw.com)
  William T. Russell (wrussell@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel. (212) 455-2000
Fax (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*


SCHULTE ROTH & ZABEL LLP


By:_____
  Ronald Richman (ronald.richman@srz.com)
  Alan Glickman (alan.glickman@srz.com)

919 Third Avenue
New York, New York 10022
Tel. (212) 756-2000
Fax (212) 593-5955

*Attorneys for Defendant Alan C. Greenberg*

SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP

By:_____
    Jay Kasner (jay.kasner@skadden.com)
    Susan Saltzstein (susan.saltzstein@skadden.com)

4 Times Square
New York, New York 10036-6522
Tel.  (212) 735-3000
Fax  (212) 735-2000

*Attorneys for Defendant Alan D. Schwartz*


SIMPSON THACHER & BARTLETT LLP

By:_____
    Michael Chepiga (mchepiga@stblaw.com)
    William T. Russell (wrussell@stblaw.com)

425 Lexington Avenue
New York, New York 10017
Tel.  (212) 455-2000
Fax  (212) 455-2502

*Attorneys for Defendant Samuel L. Molinaro, Jr.*


SCHULTE ROTH & ZABEL LLP

By: /s/ _____
    Ronald Richman (ronald.richman@srz.com)
    Alan Glickman (alan.glickman@srz.com)

919 Third Avenue
New York, New York 10022
Tel.  (212) 756-2000
Fax  (212) 593-5955

*Attorneys for Defendant Alan C. Greenberg*

3

WACHTELL, LIPTON, ROSEN & KATZ

By: /s/ Lawrence B. Pedowitz
Lawrence B. Pedowitz (LBPedowitz@wlrk.com)
David B. Anders (DBAnders@wlrk.com)

51 West 52nd Street
New York, New York 10019
Tel. (212) 403-1000
Fax (212) 403-2000

*Attorneys for Defendant Warren J. Spector*

SHEARMAN & STERLING LLP

By:_____
Steven Molo (smolo@shearman.com)

599 Lexington Avenue
New York, New York 10022
Tel. (212) 848-4000
Fax (212) 848-7179

*Attorneys for Defendant Jeffrey Mayer*

4

WACHTELL, LIPTON, ROSEN & KATZ

By: _____
    Lawrence B. Pedowitz (LBPedowitz@wlrk.com)
    David B. Anders (DBAnders@wlrk.com)

51 West 52nd Street
New York, New York 10019
Tel.  (212) 403-1000
Fax  (212) 403-2000

*Attorneys for Defendant Warren J. Spector*

SHEARMAN & STERLING LLP

By: _____
    Steven Molo (smolo@shearman.com)

599 Lexington Avenue
New York, New York 10022
Tel.  (212) 848-4000
Fax  (212) 848-7179

*Attorneys for Defendant Jeffrey Mayer*

4

DEALY & SILBERSTEIN, LLP

By: /s/ Milo Silberstein
    Milo Silberstein
    (msilberstein@dealysilberstein.com)

225 Broadway, Suite 1405
New York, NY 10007
Tel.  (212) 385-0066
Fax  (212) 385-2117

Joseph H. Meltzer
Edward W. Ciolko
Mark K. Gyandoh
Joseph A. Weeden
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel.  (610) 667-7706
Fax  (610) 667-7056

*Attorneys for Plaintiff Aaron Howard*

WOLF POPPER LLP

By:_____
    Lester L. Levy (llevy@wolfpopper.com)
    Andrew Lencyk (alencyk@wolfpopper.com)
    James Kelly-Kowlowitz (jkelly@wolfpopper.com)

845 Third Avenue
New York, New York 10022
Tel.  (212) 759-4600
Fax  (212) 486-2093

*Attorneys for Plaintiff Estelle Weber*

5

DEALY & SILBERSTEIN, LLP

By:_____
    Milo Silberstein
    (msilberstein@dealysilberstein.com)

225 Broadway, Suite 1405
New York, NY 10007
Tel.  (212) 385-0066
Fax  (212) 385-2117

Joseph H. Meltzer
Edward W. Ciolko
Mark K. Gyandoh
Joseph A. Weeden
SCHIFFRIN BARROWAY TOPAZ & KESSLER, LLP
280 King of Prussia Road
Radnor, PA 19087
Tel.  (610) 667-7706
Fax  (610) 667-7056

*Attorneys for Plaintiff Aaron Howard*

WOLF POPPER LLP

By:_____
    Lester L. Levy (llevy@wolfpopper.com)
    Andrew Lencyk (alencyk@wolfpopper.com)
    James Kelly-Kowlowitz (jkelly@wolfpopper.com)

845 Third Avenue
New York, New York 10022
Tel.  (212) 759-4600
Fax  (212) 486-2093

*Attorneys for Plaintiff Estelle Weber*

5

MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.

By: /s/ Robert A. Skirnick
Robert A. Skirnick (mcgsny@aol.com)
One Liberty Plaza, 35th Floor
New York, New York 10006
Tel.  (212) 240-0020
Fax  (212) 240-0021

Steve W. Berman
Andrew M. Volk
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Fifth Avenue, Suite 2900
Seattle, Washington 98101
Tel.  (206) 623-7292
Fax  (206) 623-0594

Steven J. Greenfogel
MEREDITH COHEN GREENFOGEL & SKIRNICK, P.C.
1521 Locust Street, 8th Floor
Philadelphia, PA 19102
Tel.  (215) 564-5182
Fax  (215) 569-0958

*Attorneys for Plaintiffs Anthony Pisano, Ira Gewirtz, Rita Rusin, and Lawrence Fink*

RABIN & PECKEL LLP

By: /s/ I. Stephen Rabin
      I. Stephen Rabin (srabin@rabinpeckel.com)
      Joseph V. McBride

275 Madison Avenue
New York, NY 10016
Tel.  (212) 880-3722
Fax  (212) 880-3716


Jeffrey Squire
BRAGAR WEXLER & EAGEL, PC
885 Third Avenue, Suite 3040
New York, NY 10022
Tel.  (212) 308-5858
Fax  (212) 486-0462

*Attorneys for Plaintiff Hans Menos*


STULL, STULL & BRODY


By:_____
      Jules Brody (ssbny@aol.com)
      Edwin J. Mills (ssbny@aol.com)

6 East 45th Street
New York, NY 10017
Tel.  (212) 687-7230
Fax  (212) 490-2022

Gary S. Graifman
Michael L. Braunstein
Reginald H. Rutishauser
KANTROWITZ GOLDHAMMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tel.  (845) 356-2570
Fax  (845) 356-2570

*Attorneys for Plaintiff Drew V. Lounsbury*


7

RABIN & PECKEL LLP

By:_____
    I. Stephen Rabin (srabin@rabinpeckel.com)
    Joseph V. McBride

275 Madison Avenue
New York, NY 10016
Tel.  (212) 880-3722
Fax  (212) 880-3716

Jeffrey Squire
BRAGAR WEXLER & EAGEL, PC
885 Third Avenue, Suite 3040
New York, NY 10022
Tel.  (212) 308-5858
Fax  (212) 486-0462

*Attorneys for Plaintiff Hans Menos*

STULL, STULL & BRODY

By: /s/ *[signature]*
    Jules Brody (ssbny@aol.com)
    Edwin J. Mills (ssbny@aol.com)
6 East 45th Street
New York, NY 10017
Tel.  (212) 687-7230
Fax  (212) 490-2022

Gary S. Graifman
Michael L. Braunstein
Reginald H. Rutishauser
KANTROWITZ GOLDHAMMER & GRAIFMAN, P.C.
747 Chestnut Ridge Road
Chestnut Ridge, NY 10977
Tel.  (845) 356-2570
Fax  (845) 356-2570

*Attorneys for Plaintiff Drew V. Lounsbury*

7

DEALY & SILBERSTEIN, LLP

By: /s/ *signature*
Milo Silberstein
(msilberstein@dealysilberstein.com)
225 Broadway, Suite 1405
New York, NY 10007
Tel.  (212) 385-0066
Fax  (212) 385-2117

Lynn L. Sarko
Derek W. Loeser
Erin M. Riley
KELLER ROHRBACK L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.  (206) 623-1900
Fax  (206) 623-3384

*Attorneys for Plaintiff Shelden Greenberg*

8

SHALOV STONE BONNER & ROCCO LLP

By: /s/ *signature*
Ralph M. Stone (rstone@lawssb.com)
James P. Bonner (jbonner@lawssb.com)
Thomas G. Ciarlone, Jr. (tciarlone@lawssb.com)
485 Seventh Avenue, Suite 1000
New York, NY 10018
Tel.  (212) 239-4340
Fax   (212) 239-4310

Dennis J. Johnson
Jacob B. Perkinson
James F. Conway, III
Eben F. Duval
JOHNSON & PERKINSON
1690 Williston Road
P.O. Box 2305
South Burlington, VT 05043
Tel.  (802) 862-0030
Fax   (802) 862-0060

*Attorneys for Plaintiff Scott Wettersten*

SO ORDERED:

_____
United States District Judge

5-6-08

9