UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

HANS MENOS,
Individually and On Behalf of All Others      :      **ELECTRONICALLY FILED**
Similarly Situated

                                           :      08 CV 3035 (RWS)

                 Plaintiff,

                                         :

        - against -                                          NOTICE OF APPEARANCE

                                         :

THE BEAR STEARNS COMPANIES, INC.,
et al.,                                                      :

                   Defendants.      :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

        Please take notice that the undersigned, of the law firm of Skadden, Arps,

Slate, Meagher & Flom LLP, is hereby entering an appearance as counsel of record for

Alan D. Schwartz.

Dated:      New York, New York
            May 12, 2008

                                         _____/s/ Jay B. Kasner_____
                                         Jay B. Kasner
                                         SKADDEN, ARPS, SLATE,
                                           MEAGHER & FLOM LLP
                                         (Jay.Kasner@skadden.com)
                                         Four Times Square
                                         New York, New York 10036
                                         (212) 735-3000

                                         Attorneys for Defendant
                                          Alan D. Schwartz

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this

Court, hereby certifies under penalty of perjury, that on May 12, 2008, I caused a true

copy of the

- *Notices of Appearance*

to be served upon the following party as indicated:


By First-Class Mail

Thomas G. Ciarlone, Jr.
Shalov Stone Bonner & Rocco LLP
485 Seventh Avenue
Suite 1000
New York, NY 10018

Dated:  New York, New York
        May 12, 2008

_____
Steven Ray Katzenstein